Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorneys for Defendant, InTouch Credit Union*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

JOHN PAUL ASHLEY,

           Plaintiff,

v.

INTOUCH CREDIT UNION,

           Defendant.

**Case No. 2:26-cv-01439-JCM-BNW**

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT INTOUCH CREDIT UNION'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

Plaintiff John Paul Ashley ("Plaintiff") and Defendant InTouch Credit Union ("InTouch"), by and through their respective counsel, file this Joint Stipulation Extending Defendant InTouch's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On May 11, 2026, Plaintiff filed his Complaint. The current deadline for InTouch to answer or otherwise respond to Plaintiff's Complaint is June 4, 2026. InTouch needs additional time to locate and assemble the documents relating to Plaintiff's claims. In addition, InTouch's counsel needs additional time to review InTouch's documents and respond to the allegations in the Complaint. Additional time will also allow the parties to explore settlement before the response deadline.

///

///

1

Plaintiff has agreed to extend the deadline in which InTouch has to answer or otherwise respond to Plaintiff's Complaint for thirty (30) days.  As the thirty (30 days expire on Saturday, July 4, 2026, the Parties agree that the Response to Plaintiff's Complaint is due no later than July 6, 2026. This is the first stipulation for extension of time for InTouch to respond to Plaintiff's Complaint.

SKANE MILLS LLP

/s/ *Elizabeth C. Spaur*

Sarai L. Brown, Esq. (Bar No. 11067)
sbrown@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

*Attorneys for Defendant, InTouch Credit Union*

HERNANDEZ & MASSI

/s/ *Kevin Hernandez*

Kevin L. Hernandez, Esq. (Bar No. 12594)
kevin@hernandezandmassi.com
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408

*Attorneys for Plaintiff*

2

**ORDER**

The Joint Stipulation for Extension of InTouch Credit Union to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __4th__ day of _____June_____, 2026.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

## Yesenia Lutes

| | |
|---|---|
| **From:** | Kevin Hernandez <kevin@hernandezandmassi.com> |
| **Sent:** | Wednesday, June 3, 2026 8:51 AM |
| **To:** | Yesenia Lutes |
| **Cc:** | Elizabeth Spaur |
| **Subject:** | Re: [External Sender] ITCU/Ashley, John Paul - Re Joint Stip to Extend ITCU's Time to File Answer |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | IMPORTANT |

Approved for filing. Thanks.

Kevin L. Hernandez, Esq.
**Hernandez & Massi**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
P: (702) 563-4450
F: (702) 552-0408
www.hernandezandmassi.com
*Licensed in Nevada and California



**HERNANDEZ & MASSI**
CONSUMER & INJURY ATTORNEYS

CONFIDENTIALITY NOTE: The information in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Yesenia Lutes <ylutes@skanemills.com>
**Sent:** Tuesday, June 2, 2026 4:14 PM
**To:** Kevin Hernandez <kevin@hernandezandmassi.com>
**Cc:** Elizabeth Spaur <espaur@skanemills.com>
**Subject:** RE: ITCU/Ashley, John Paul - Re Joint Stip to Extend ITCU's Time to File Answer

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Mr. Hernandez:

1

Per Ms. Spaur – Attached please find our draft stip to extend ITCU's time to file an Answer to Plaintiff's Complaint. Upon your approval, please confirm that we have your authorization to insert your electronic signature so that we may submit to the Court.

Thank you.



Yesenia Lopez-Lutes, Paralegal
1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144
p: 702-363-2535
ylutes@skanemills.com | skanemills.com
LOS ANGELES * SAN DIEGO * SAN FRANCISCO * LAS VEGAS

THE INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message is intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone at the number below and do not disclose the contents, use it for any purpose, or store or copy the information in any medium.